IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MASCHIO GASPARDO S.p.A., <br><br>*Plaintiff / Counterdefendant,* <br><br>v. <br><br> PRECISION PLANTING, LLC, <br><br>*Defendant / Counterclaimant.* | C. A. No. 1:22-cv-1394 (RGA) (LDH) <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] JOINT SCHEDULING ORDER**

On March 28, 2025, the Court lifted the stay as to US Patent No. 8,770,121 (the "'121 Patent"), vacated the current schedule, and directed Plaintiff and Counterdefendant Maschio Gaspardo S.p.A. ("Maschio") and Defendant and Counterclaimant Precision Planting LLC ("Precision") to file a joint proposed amended scheduling order (D.I. 144).

The parties disagree over whether additional claim construction is necessary. The parties' respective positions are set forth below.

Plaintiff's Position

Maschio believes that holding a second Rule 16 conference is unnecessary and a waste of judicial resources. However, Maschio will make itself available if the Court requests such a conference. Maschio proposes the following schedule:

| Event | Proposed Date |
|---|---|
| Deadline for Either Party to Move to Adopt Claim Constructions Relied On by the PTAB | April 25, 2025 |
| Opening Expert Reports ('121 patent only) | May 23, 2025 |
| Rebuttal Expert Reports ('121 patent only) | June 27, 2025 |
| Reply Expert Reports ('121 patent only) | August 1, 2025 |

| | |
|---|---|
| Deposition of Experts to be Completed ('121 patent only) | September 5, 2025 |
| *Daubert* and Case Dispositive Motions ('121 patent only) | October 3, 2025 |
| Joint Proposed Final Pretrial Order, Proposed Voir Dire, Jury Instructions, and Special Verdict Forms | 5:00 p.m., 4th business day before Pretrial Conference |
| Pretrial Conference | January ____, 2026[1] |
| Jury Trial (5 days) | February _____, 2026[2] |

Defendant's Position

Precision requests that the Court schedule a Rule 16 conference at its convenience to discuss the respective proposals. Precision Planting proposes the following schedule:

| **Event** | **Proposed Date** |
|---|---|
| Parties to exchange terms requiring construction and proposed constructions in view of the IPR proceedings before the PTAB | April 18, 2025 |
| Parties' joint claim construction chart | April 25, 2025 |
| Maschio's opening claim construction brief (5000 words) | May 2, 2025 |
| Precision's answering claim construction brief (5000 words) | May 16, 2025 |
| Maschio's reply claim construction brief (2500 words) | May 23, 2025 |
| Precision's sur-reply claim construction brief (2500 words) | June 3, 2025 |
| Parties to file joint claim construction brief | June 6, 2025 |
| Claim construction hearing | June/July 2025 |
| Opening expert reports for party bearing the burden of proof | August 1, 2025 |
| Rebuttal expert reports | August 29, 2025 |
| Reply expert reports | September 26, 2025 |
| Close of expert discovery | October 24, 2025 |
| Summary judgment/*Daubert* motions/briefs | November 21, 2025 |
| Answering briefs | December 19, 2025 |
| Reply briefs | January 9, 2025 |

---

[1] Plaintiff's lead trial counsel currently has a pretrial conference scheduled on January 13, 2026 in *The Research Foundation for the State University of New York, et al. v. Xiaomi Corporation, et al.*, Case No. 2:23-CV-0353-RWS-RSP (E.D. Tex.).

[2] Plaintiff's lead trial counsel currently has a trial scheduled to begin on February 17, 2026 in *The Research Foundation for the State University of New York, et al v. Xiaomi Corporation, et al.*, Case No. 2:23-CV-0353-RWS-RSP (E.D. Tex.).

| | |
|---|---|
| Pretrial conference | TBD (May __, 2026) |
| Trial (5 day) | TBD (June __, 2026) |

Dated: April 11, 2025

| | |
|---|---|
| */s/ Peter A. Mazur* | */s/ Jeremy A. Tigan* |
| Timothy Devlin (No. 4241)<br>tdevlin@devlinlawfirm.com<br>Neil A. Benchell (*pro hac vice*)<br>nbenchell@devlinlawfirm.com<br>Peter A. Mazur (No. 6732)<br>pmazur@devlinlawfirm.com<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353 4251<br><br>*Attorneys for Plaintiff*<br>*and Counterclaim Defendant Maschio*<br>*Gaspardo S.p.A* | Jeremy A. Tigan (#5239)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br><br>OF COUNSEL:<br><br>Scott R. Brown<br>Matthew B. Walters<br>Todd A. Gangel<br>HOVEY WILLIAMS LLP<br>10801 Mastin Boulevard, Suite 1000<br>84 Corporate Woods<br>Overland Park, KS 66210<br>(913) 647-9050<br>sbrown@hoveywilliams.com<br>mwalters@hoveywilliams.com<br>tgangel@hoveywilliams.com<br><br>*Attorneys for Defendants and Counterclaim*<br>*Plaintiff Precision Planting, LLC* |

3